UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-14061-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

NAT LEON LANE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("Petition") [DE: 65] before a Magistrate Judge.

**THE MATTER** was convened for a detention hearing before Magistrate Judge Shaniek M. Maynard on June 9, 2021 and a Report and Recommendation was filed, [DE: 76], recommending that the Defendant be found to have violated his supervised release as to Violation Number 2 as set forth in the Petition, but that Violation Number 1 be dismissed. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 76] of United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to Violation Number 2 as set forth in the Petition, charging him with **Violation of Standard Conditions**, as proffered on the record during the hearing by the Government.

Due to the current public health emergency, and to protect the health and safety of the parties and court staff, hearings can be held via videoconferencing with the Defendant's consent

to appear by video. Sentencing in this matter will be set on **Tuesday, August 17, 2021 at 2:00 p.m.** Login instructions for hearing will be emailed to all of the parties prior to the hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of June, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office